**Electronically Filed**
**Supreme Court**
**SCAP-19-0000372**
**04-NOV-2021**
**02:35 PM**
**Dkt. 59 OCOR**

SCAP-19-0000372

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LEAGUE OF WOMEN VOTERS OF HONOLULU and COMMON CAUSE,
Plaintiffs-Appellants,

vs.

STATE OF HAWAIʻI,
Defendant-Appellee.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-19-0000372; CIVIL NO. 18-1-1376-09)

ORDER OF CORRECTION
(By: Nakayama, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on November 4, 2021, is corrected as follows:

On page 66, the attorney credits are corrected to

include Thomas Yamachika for amicus curiae Tax Foundation of

Hawaiʻi, as follows:

Robert Brian Black
(Lisa Emily Engebretsen
with him on the briefs)
for plaintiffs-appellants
League of Women Voters
of Honolulu and Common Cause

Clare E. Connors
(Kimberly Tsumoto Guidry on the
briefs) for defendant-appellee
State of Hawaiʻi

Thomas Yamachika for amicus curiae
Tax Foundation of Hawaiʻi

Colleen Hanabusa for amicus
curiae Hawaiʻi State Legislature

Robert H. Thomas for amicus
curiae Grassroot Institute of
Hawaii

The Clerk of the Court is directed to take all

necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, November 4, 2021.

/s/ Paula A. Nakayama

Associate Justice

2